AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>BERZON , MARSHA S. | **2. Court or Organization**<br><br>U.S. CA NINTH CIRCUIT | **3. Date of Report**<br><br>07/28/2017 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. CIRCUIT JUDGE - ACTIVE | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

95 SEVENTH STREET
P.O. BOX 1939393
SAN FRANCISCO, CA 94119-3939

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2016 | UC HASTINGS COLLEGE OF THE LAW - TEACHING | $3,728.10 |
| 2. 2016 | UNIVERSITY OF CALIFORNIA - BERKELEY - TEACHING | $3,297.86 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | SELF-EMPLOYED ATTORNEY |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BERZON , MARSHA S.** | 07/28/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑     NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑     NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON , MARSHA S. | 07/28/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BANK OF AMERICA ACCOUNTS | A | Interest | M | T | | | | | |
| 2. STERLING BANK & TRUST ACCOUNTS | C | Interest | N | T | | | | | |
| 3. UNION BANK ACCOUNTS | B | Interest | M | T | | | | | |
| 4. CORNING INC - COMMON STOCK | C | Dividend | M | T | | | | | |
| 5. PEPSICO INC - COMMON STOCK | B | Dividend | K | T | | | | | |
| 6. POWERSHRS QQQ TRUST SER 1 | A | Dividend | L | T | | | | | |
| 7. SPDR S&P 500 ETF IV | E | Dividend | O | T | Buy (add'l) | 1/28/16 | K | | |
| 8. VANGUARD INFORMATION TECH | B | Dividend | M | T | Sold (part) | 11/16/16 | K | D | |
| 9. DFA CA SHORT TERM MUNI | C | Dividend | N | T | Sold (part) | 01/28/16 | N | B | |
| 10. DFA EMERGING MKTS CORE | C | Dividend | M | T | | | | | |
| 11. DFA INTL SMALL CAP VALUE | C | Dividend | L | T | Sold (part) | 11/16/16 | K | B | |
| 12. DFA INTL SMALL CO PORT | C | Dividend | L | T | Sold (part) | 11/16/16 | J | A | |
| 13. DFA INTL VALUE PORTFOLIO | C | Dividend | M | T | | | | | |
| 14. DFA US LARGE CAP VALUE | D | Dividend | N | T | Sold (part) | 11/16/16 | K | D | |
| 15. DFA US MICRO CAP PORT | C | Dividend | L | T | Sold (part) | 11/16/16 | J | B | |
| 16. DFA US SMALL CAP VALUE | D | Dividend | N | T | Buy (add'l) | 01/15/16 | J | | |
| 17. | | | | | Sold (part) | 11/16/16 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON , MARSHA S. | 07/28/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. PIMCO FOREIGN BOND FUND | D | Dividend | N | T | Buy (add'l) | 1/28/16 | N | | |
| 19. | | | | | Sold (part) | 11/16/16 | M | D | |
| 20. PIMCO REAL RETURN FUND | B | Dividend | M | T | | | | | |
| 21. VANGUARD CA INTER TERM | D | Dividend | N | T | Buy (add'l) | 07/1/16 | L | | |
| 22. | | | | | Buy (add'l) | 11/16/16 | M | | |
| 23. VANGUARD EQUITY INCOME | D | Dividend | M | T | Sold (part) | 07/01/16 | K | D | |
| 24. | | | | | Sold (part) | 11/16/16 | K | C | |
| 25. VANGUARD LTD TERM TAX | E | Dividend | P1 | T | Buy (add'l) | 01/15/16 | L | | |
| 26. | | | | | Buy (add'l) | 11/16/16 | L | | |
| 27. VANGUARD SHORT TERM TAX | C | Dividend | N | T | | | | | |
| 28. DFA ONE YEAR FIXED IN CM | A | Dividend | | | Sold | 01/28/16 | M | A | |
| 29. VANGUARD INFLATION | C | Dividend | M | T | | | | | |
| 30. DFA REAL ESTATE | | None | | | Sold | 01/28/16 | K | | |
| 31. DFA US SMALL CAP PORT | D | Dividend | M | T | Buy (add'l) | 11/16/16 | J | | |
| 32. ISHARES CORE MSCI EAFE | | None | | | Sold | 01/28/16 | N | | |
| 33. VANGUARD INTERM TERM TAX | A | Dividend | M | T | Buy | 11/16/16 | M | | |
| 34. VANGUARD FTSE DEVELOPED | D | Dividend | N | T | Buy | 01/28/16 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON , MARSHA S. | 07/28/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. | | | | | Buy (add'l) | 07/01/16 | K | | |
| 36. SCH CA MUNI MONEY FUND (SWEEP) | A | Interest | L | T | | | | | |
| 37. NEWPORT GROUP RETIREMENT ACCT (H) *1 | | | | | | | | | |
| 38. - VANGUARD 500 INDEX FUND (ADM) | C | Dividend | M | T | Buy (add'l) | 04/12/16 | J | | |
| 39. | | | | | Buy (add'l) | 05/12/16 | J | | |
| 40. | | | | | Sold (part) | 11/11/16 | J | A | |
| 41. | | | | | Sold (part) | 12/08/16 | J | B | |
| 42. - VANGUARD TOTAL INTL STOCK INDEX | C | Dividend | M | T | Buy (add'l) | 04/12/16 | J | | |
| 43. | | | | | Buy (add'l) | 05/12/16 | J | | |
| 44. | | | | | Sold (part) | 11/11/16 | J | | |
| 45. | | | | | Sold (part) | 12/08/16 | J | | |
| 46. - VANGUARD INTERMED - TERM BOND | D | Dividend | N | T | Buy (add'l) | 04/12/16 | J | | |
| 47. | | | | | Sold (part) | 05/12/16 | J | A | |
| 48. | | | | | Buy (add'l) | 11/11/16 | J | | |
| 49. | | | | | Sold (part) | 12/08/16 | J | | |
| 50. - VANGUARD SHORT-TERM BOND INDEX | C | Dividend | N | T | Buy (add'l) | 04/12/16 | J | | |
| 51. | | | | | Buy (add'l) | 05/12/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON , MARSHA S. | 07/28/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 11/11/16 | J | | |
| 53. | | | | | Sold (part) | 12/08/16 | J | | |
| 54. - VANGUARD INFLATION-PROTECTED STOCK | B | Dividend | L | T | Buy (add'l) | 04/12/16 | J | | |
| 55. | | | | | Sold (part) | 05/12/16 | J | A | |
| 56. | | | | | Buy (add'l) | 11/11/16 | J | | |
| 57. | | | | | Sold (part) | 12/08/16 | J | A | |
| 58. - OPPENHEIMER INTERNATIONAL BOND | C | Dividend | L | T | Buy (add'l) | 04/12/16 | J | | |
| 59. | | | | | Sold (part) | 5/12/16 | J | | |
| 60. | | | | | Buy (add'l) | 11/11/16 | J | | |
| 61. | | | | | Sold (part) | 12/08/16 | J | | |
| 62. - DFA U.S. SMALL CAP VALUE PORT | B | Dividend | K | T | Buy (add'l) | 04/12/16 | J | | |
| 63. | | | | | Buy (add'l) | 05/12/16 | J | | |
| 64. | | | | | Sold (part) | 11/11/16 | J | | |
| 65. | | | | | Sold (part) | 12/08/16 | J | A | |
| 66. - VANGUARD EQUITY INCOME FUND | B | Dividend | K | T | Buy (add'l) | 04/12/16 | J | | |
| 67. | | | | | Sold (part) | 05/12/16 | J | | |
| 68. | | | | | Sold (part) | 11/11/16 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON , MARSHA S. | 07/28/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 12/08/16 | J | A | |
| 70.  - VANGUARD REIT INDEX FUND (ADM) | B | Dividend | K | T | Buy (add'l) | 04/12/16 | J | | |
| 71. | | | | | Sold (part) | 05/12/16 | J | A | |
| 72. | | | | | Buy (add'l) | 11/11/16 | J | | |
| 73. | | | | | Sold (part) | 12/08/16 | J | A | |
| 74.  - VANGUARD SMALL-CAP GROWTH INDEX | A | Dividend | K | T | Buy (add'l) | 04/12/16 | J | | |
| 75. | | | | | Buy (add'l) | 05/12/16 | J | | |
| 76. | | | | | Sold (part) | 11/12/16 | J | | |
| 77. | | | | | Sold (part) | 12/08/16 | J | A | |
| 78.  IRA (H) | | | | | | | | | |
| 79.  - PIMCO FOREIGN BOND FUND | A | Dividend | J | T | Sold (part) | 07/01/16 | M | | |
| 80.  - VANGUARD TOTAL BOND FUND | B | Dividend | M | T | Buy | 07/01/16 | M | | |
| 81.  - DFA INTL SMALL CAP VALUE | A | Dividend | J | T | | | | | |
| 82.  - DFA REAL ESTATE | B | Dividend | K | T | | | | | |
| 83.  - VANGUARD REIT | C | Dividend | L | T | Sold (part) | 07/01/16 | J | C | |
| 84. | | | | | Sold (part) | 11/16/16 | J | | |
| 85.  - SCH ADV CASH RESRV PREM: SWZXX (SWEEP) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON , MARSHA S. | 07/28/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. SPOUSE'S CAPITAL ACCOUNT IN LAW FIRM PARTNERSHIP - BANK OF AMERICA *2 | A | Interest | J | U | | | | | |
| 87. AMERICAN INTL GROUP - COMMON STOCK | A | Dividend | K | T | | | | | |
| 88. ANHEUSER-BUSCH - COMMON STOCK | A | Dividend | | | Sold | 08/09/16 | K | C | |
| 89. CR BARD INCORPORATE - COMMON STOCK | A | Dividend | K | T | | | | | |
| 90. BERKSHIRE HATHWAY - COMMON STOCK | | None | K | T | | | | | |
| 91. FISERV INC - COMMON STOCK | | None | K | T | | | | | |
| 92. UNITED TECHNOLOGIES - COMMON STOCK | A | Dividend | K | T | | | | | |
| 93. FLOWSERVE CORP | A | Dividend | K | T | | | | | |
| 94. KRAFT HEINZ COMPANY | A | Dividend | | | Sold | 08/02/16 | K | B | |
| 95. MONDELEZ INTL | A | Dividend | K | T | | | | | |
| 96. PROCTER & GAMBLE | A | Dividend | | | Sold | 06/17/16 | K | C | |
| 97. QUALCOMM INC | A | Dividend | K | T | | | | | |
| 98. TIME WARNER INC | A | Dividend | K | T | | | | | |
| 99. WW GRAINGER INC | A | Dividend | K | T | | | | | |
| 100. ALLERGAN PLC | | None | K | T | | | | | |
| 101. OWENS ILLINOIS INC | | None | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON , MARSHA S. | 07/28/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102.  COLFAX CORPORATION | | None | K | T | Buy | 06/17/16 | K | | |
| 103.  STERICYCLE INC | | None | K | T | Buy | 08/02/16 | K | | |
| 104.  COGNIZANT TECH SOLU | | None | K | T | Buy | 08/09/16 | K | | |
| 105.  ANAHEIM CA CITY SCH DIST 4% DUE | B | Interest | | | Redeemed | 08/01/16 | K | | |
| 106.  CA MUN FIN AUTH REV 5% DUE 10/1/24 | B | Interest | K | T | | | | | |
| 107.  CALIFORNIA ST DEPT WTR RES CEN 5% DUE 12/1/28 | B | Interest | K | T | | | | | |
| 108.  CAMPBELL CA UN HS DIS 5% DUE 8/1/28 | B | Interest | K | T | | | | | |
| 109.  FREMONT CA UNI SCH DIST ALA 4% DUE 8/1/16 | B | Interest | | | Redeemed | 08/01/16 | K | | |
| 110.  IMPERIAL CA IRR DIS WTR SY 4% DUE 7/1/18 | B | Interest | K | T | | | | | |
| 111.  LONG BEACH CA HBR REV 5% DUE 5/15/20 | B | Interest | K | T | | | | | |
| 112.  LOS ANGELES CA SANTN D 5% DUE 10/1/18 | B | Interest | K | T | | | | | |
| 113.  ORANGE CA SANTN WASTEW 5% DUE 2/1/20 | B | Interest | K | T | | | | | |
| 114.  PERALTA CA CMNTY COLLEGE DI 5% DUE 8/1/25 | B | Interest | K | T | | | | | |
| 115.  SO.CAL PUB PWR AUTH PROJ 4% DUE 7/1/18 | B | Interest | | | Redeemed | 12/29/16 | K | | |
| 116.  SO.CAL PUB PWR AUTH TRANS PROJ 5% DUE 7/1/19 | B | Interest | K | T | | | | | |
| 117.  SACRAMENTO CNITY SANTN DI 5% DUE 12/1/16 | A | Interest | | | Redeemed | 02/18/16 | K | | |
| 118.  SAN BERNARDINO CA TRAN 4% DUE 3/1/21 | B | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON , MARSHA S. | 07/28/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. SAN DIEGO CA PUB FACS FING 5% DUE 5/15/17 | B | Interest | K | T | | | | | |
| 120. SAN DIEGO CNTY CA REGL TRAN 5% DUE 4/1/16 | A | Interest | | | Redeemed | 04/01/16 | K | | |
| 121. SAN DIEGO CNTY CA WTR AUTH 5.25% DUE 5/1/18 | B | Interest | K | T | | | | | |
| 122. SAN FRAN CA BART 5% DUE 7/1/20 | B | Interest | K | T | | | | | |
| 123. VENTURA CA UNI SCH DIS 4% DUE 8/1/16 | B | Interest | | | Redeemed | 08/01/16 | K | | |
| 124. WHITTIER CA UN HS DIS 2% DUE 8/1/16 | A | Interest | | | Redeemed | 08/01/16 | K | | |
| 125. ANTIOCH CA AREA PFA 5%23 DUE 5/1/23 | B | Interest | K | T | | | | | |
| 126. FTHILL-DE ANZA CC 5.25%20 | B | Interest | K | T | | | | | |
| 127. OLIVEHAIN CA WD WT 5%23 | B | Interest | K | T | | | | | |
| 128. SAN MATEO CA TRN S/ 5%26 | B | Interest | K | T | | | | | |
| 129. UNIV CA 5%27 | B | Interest | K | T | | | | | |
| 130. MORELAND CA SD 5% DUE 8/1/24 | B | Interest | K | T | | | | | |
| 131. SAN LUIS CA COAS 5% DUE 8/1/21 | B | Interest | K | T | | | | | |
| 132. CARLSBAD CA USD 5% DUE 8/1/27 | A | Interest | K | T | Buy | 02/17/16 | K | | |
| 133. SWEETWATER CA UHSD 5% DUE 8/1/38 | B | Interest | K | T | Buy | 03/29/16 | K | | |
| 134. CA ST DEPT WTR RES 5% DUE 5/1/17 | B | Interest | K | T | Buy | 08/05/16 | K | | |
| 135. SANTA CLARA VY CA 5% DUE 4/1/17 | A | Interest | K | T | Buy | 08/05/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON , MARSHA S. | 07/28/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136.  SAN FRAN ARPT CA 5% DUE 5/1/18 | B | Interest | K | T | Buy | 08/08/16 | K | | |
| 137.  ANAHEIM CALIF ELEM 4% DUE 8/1/28 | | None | K | T | Buy | 08/18/16 | K | | |
| 138.  CUCAMONGA CA WTR 5% DUE 9/1/22 | | None | K | T | Buy | 12/28/16 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON , MARSHA S. | 07/28/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

*1 SALES 12/8/16 MADE TO MEET REQUIRED MINIMUM DISTRIBUTION (RMD).

*2 THE EARNINGS REPORTED IN PART VII REPRESENT _____ DISTRIBUTIVE SHARE OF PARTNERSHIP INTEREST INCOME.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ MARSHA S. BERZON**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544